EMIL BAUMAN, PLAINTIFF IN ERROR, v. JOHN E. COWDIN ET AL., DEFENDANTS IN ERROR.

Argued March 6, 1908—Decided June 15, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 193.

For the plaintiff in error, *Michael Dunn.*

For the defendants in error, *Sherrerd Depue.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, BERGEN, VOORHEES, MINTURN, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    9.

*For reversal*—THE CHANCELLOR, PARKER, BOGERT, J.J.    3.